UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL JAMES SIKORA,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL B. MUKASEY, et. al.,<br><br>    Defendants. | NO. CV-08-0152-EFS<br><br>**ORDER GRANTING STIPULATED MOTION TO REMAND TO THE USCIS UNDER 8 U.S.C. § 1447(b)** |

  On July 18, 2008, the parties filed a Stipulated Motion to Remand to the United States Citizenship and Immigration Services (USCIS) Under 8 U.S.C. § 1447(b). (Ct. Rec. 8.) Based upon the parties' stipulation, **IT IS HEREBY ORDERED:**

  1. The parties' Stipulated Motion to Remand to the USCIS Under 8 U.S.C. § 1447(b) **(Ct. Rec. 8)** is **GRANTED**.

  2. Plaintiff's Application for Naturalization, Immigration Form N-400, shall be remanded to the USCIS for further proceedings.

  3. The USCIS shall adjudicate and issue a decision on Plaintiff's application within thirty (30) days of this Order.

  4. The parties shall file a joint notice **no later than September 2, 2008,** indicating whether the USCIS issued a timely decision and, if not, how the parties would like to proceed.

ORDER * 1

1    5. The Court shall retain jurisdiction over this matter.

2    **IT IS SO ORDERED.**  The District Court Executive is directed to enter
3    this Order and to provide copies to counsel.

4    **DATED** this __25th__ day of July, 2008.

5

6                                    s/Edward F. Shea
                                     EDWARD F. SHEA
7                              United States District Judge

8

9    Q:\Civil\2008\0152.Stip.Remand.wpd

ORDER * 2